IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Laura A. McElveen, | ) | C/A No. 1:13-1332-RBH-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, by her attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Barbara M. Bowens, Assistant United States Attorney, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings.

This case is remanded to the Appeals Council to remand the case to an ALJ with instructions to hold a supplemental hearing, make new findings with respect to Plaintiff's residual functional capacity, obtain supplemental vocational expert evidence, and issue a new decision for the period at issue.

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for

1

remand of this action for further proceedings, the court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). The clerk is directed to enter a separate judgment pursuant to Fed. R. Civ. P. 58.

    IT IS SO ORDERED.

January 24, 2014                                   Shiva V. Hodges
Columbia, South Carolina                 United States Magistrate Judge